UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY, CHARLIE SAVAGE,

                Plaintiffs,

– against –

DEPARTMENT OF DEFENSE,

                Defendant.

**ORDER**

18 Civ. 00709 (ER)

---

Ramos, D.J.:

    The above-captioned action was filed on January 26, 2018.  Doc. 1.  There has been no activity in this action since March 5, 2018.  Doc. 9.  Accordingly, the parties are directed to provide the Court with a status report **no later than April 22, 2019.**

    It is SO ORDERED.

Dated: April 8, 2019
       New York, New York

                                                    Edgardo Ramos, U.S.D.J.