

**The New York Times Company**

David McCraw
Vice President &
Deputy General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

April 22, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *The New York Times Company, et al. v. Dep't of Defense*, 18-cv-00709 (ER)

Dear Judge Ramos:

I am counsel for plaintiffs in the above-referenced action, which is brought under the Freedom of Information Act. I write on behalf of both plaintiffs and defendant in response to the Court's order that the parties provide a status report. Dkt. No. 11. The parties have now agreed that the action will be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

We will be filing a stipulation of dismissal later this week.

Respectfully submitted,

/s/
David E. McCraw

cc:   Sarah Normand (via ECF)
      Elizabeth J. Shapiro (via ECF)