UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE NEW YORK TIMES COMPANY  :  No. 18-cv-00709 (ER)
and CHARLIE SAVAGE,  :

                Plaintiffs,  :

       - against -  :

UNITED STATES DEPARTMENT  :
DEPARTMENT OF DEFENSE,  :

                Defendant.  :

---------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL

       IT IS HEREBY AGREED AND STIPULATED by and among Plaintiffs The New York Times Company and Charlie Savage and Defendant United States Department of Defense that the Complaint shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: New York, NY
       April 23, 2019

| THE NEW YORK TIMES COMPANY<br>AND CHARLIE SAVAGE | GEOFFREY S. BERMAN<br>UNITED STATES ATTORNEY |
|---|---|
| By: _/s/ David E. McCraw_<br>David E. McCraw<br>Deputy General Counsel<br>The New York Times Co.<br>620 Eighth Ave.<br>New York, NY 10018<br>Phone: (212) 556-4031<br>mccraw@nytimes.com | By: _/s/ Sarah S. Normand_<br>Sarah S. Normand<br>Assistant U.S. Attorney<br>Southern District of New York<br>86 Chambers St.<br>New York, NY 10007<br>Phone: (212) 637-2709<br>sarah.normand@usdoj.gov |

SO ORDERED

_____
U.S. District Judge Edgardo Ramos